AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2020

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| Michele M., *Plaintiff* v. ANDREW M. SAUL, Commissioner of Social Security *Defendant* | ) ) ) ) ) ) Civil Action No. 1:19-CV-03081-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.
Judgment is entered for Defendant

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  JOHN T. RODGERS  on motions for Summary Judgment (ECF Nos. 13 and 14).

Date:  April 27, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
          *(By) Deputy Clerk*

Melissa Orosco